UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| David J. Bradley | ) |
| | ) |
| | ) NO. 4:10-cv-194-BO |
| William C. Everett, et al. | ) |

**NOTICE TO PLAINTIFF OF FAILURE**
**TO MAKE SERVICE WITHIN 120 DAYS**

The docket in this action does not reflect that service has been obtained upon defendant, Environmental Protection Agency, within 120 days of the filing of the complaint. Rule 4(m) provides that the action shall be dismissed without prejudice as to this defendant unless you can demonstrate good cause to the court why such service was not made within the period. You must comply with this requirement within 14 days of receipt of this notice. At the end of this period, the record will be forwarded to the presiding judge to whom this action is assigned for a determination of whether you have demonstrated good cause. Failure to respond to this notice within the time allotted will result in dismissal of the defendants without prejudice.
Signed this the 13th day of June, 2011.

/s/Dennis P. Iavarone, Clerk of Court